IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **United States of America,** Plaintiff, v. **Christopher Saliba,** Defendant. | Case No.: CR 20–41 RS<br>CR 16-109 RS<br><br>**Order To Continue Guilty Plea And Sentencing** |

The Court continues the May 19, 2020 hearing, to June 9, 2020. The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 for the period from March 31, 2020, to June 9, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). A failure to grant the requested exclusion and continuance would also unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence because her ability to meet with the defendant and review discovery is constrained by shelter-in-place. § 3161(h)(7)(B)(iv). The Court excludes time for continuity of counsel for the same reasons. *Id.*

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 31, 2020, to June 9, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: 4/1/2020

_____
RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER TO CONTINUE SENTENCING
*SALIBA*, CR 20–41 RS

2